IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. |
| v. | ) ) ) | Judge |
| T & T CUSTOMS, INC., an Illinois corporation, | ) ) ) ) | Magistrate Judge |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP, complain against Defendant, T & T CUSTOMS, INC., an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

   (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 29 U.S.C. Section 185(c).

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) T & T CUSTOMS, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) T & T CUSTOMS, INC., an Illinois corporation, has its principal place of business at Alsip, Illinois.

(c) T & T CUSTOMS, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. Effective June 20, 2015, T & T CUSTOMS, INC., an Illinois corporation, entered into an Area Construction Agreement with Teamsters 179 for the period through May 31, 2017 which requires contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). .

5. Pursuant to the collective bargaining agreement between T & T CUSTOMS, INC., an Illinois corporation and the Union, T & T CUSTOMS, INC., an Illinois corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period June, 2015 through September, 2016, as disclosed in an audit which took place on January 7, 2017.

6. The audit disclosed $6,164.82 due the Welfare Fund and $5,372.04 due the Welfare Fund for a total of $11,536.86.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against T & T CUSTOMS, INC., an Illinois corporation in the amount of the audit, $11,536.86.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as the Court may deem appropriate.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
          One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

T & T Customs
020000210

# AREA CONSTRUCTION AGREEMENT

between

## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

and

## TEAMSTERS LOCAL UNION NO. 179
Affiliated with the I.B. of T.



**Effective June 1, 2012 through May 31, 2017**

## SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL UNION NO. 179:

BY: _____

TITLE: Secretary Treasurer

DATE: 6/20/15

FOR THE EMPLOYER:

COMPANY NAME: T & T Customs

ADDRESS: 12735 McDaniel

City: Alsip    State: IL    Zip: 60803

PHONE: 708-374-9186    FAX: _____

EMAIL: _____

PRINT NAME: Dennis Polak

SIGNATURE: _____

TITLE: VP

DATE: 6/20/15